IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

F I L E D
JUN - 1 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES ex rel. Chao, ) | ) |
| Plaintiffs, ) | ) |
| v. ) | ) CIVIL NO.1:09cv946-GBL/TCB |
| Calnet, Inc., et al., ) | ) FILED UNDER SEAL PURSUANT TO |
| Defendants. ) | ) 31 U.S.C. § 3729(a) |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1)(i)

The complaint and amended complaint in the above matter against Calnet, Inc., Kaleem Shah and L-3 Communications Corporation f/k/a L-3 Titan Corporation, a/k/a L-3 Services, Inc., be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), including any claims for attorney's fees..

In addition, it is requested that only the Initial Complaint, the First Amended and Supplemental Complaint, the United States' Notice of Election to Intervene, this Motion, and the accompanying Order be unsealed. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, memoranda, and supporting documents) should remain under seal and not be made public.

A proposed Order accompanies this Notice.

**MOTION GRANTED.**

-2-

Entered this 1st day of June 2012

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

**AGREED TO:**

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

NEIL H. MACBRIDE
United States Attorney

By: _____ for Mr. David Wiseman
Joyce R. Branda
Patricia Davis
David Wiseman
Counsel for the United States
Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-0132
Fax:  (202) 514-0280
David.Wiseman@usdoj.gov

Dated: 05/29/2012

By: _____ for Mr. Gerard Mene
Gerard Mene
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel:  (703) 299-3777
Fax:  (703) 299-2584
Gerard.Mene@usdoj.gov